IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No.: 6:24-cv-01857-WWB-DCI

MARK AUSSIEKER, on behalf of
himself and others similarly situated,

    Plaintiff,

v.

SUNSHINE CONSULTATION
SERVICES, LLC,

    Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO FILE A REPLY OR RESPONSE TO PLAINTIFF'S COMPLAINT**

    Defendant, SUNSHINE CONSULTATION SERVICES, LLC ("Sunshine"), by and through the undersigned counsel, files this Motion for Enlargement of Time to File a Reply or Response to Plaintiff, Mark Aussieker's ("Plaintiff"), Complaint ("Motion") and states as follows:

    1.    On October 16, 2024, Plaintiff filed the Complaint. *See* ECF No. [1].

    2.    Plaintiff served Sunshine's Registered Agent with the Complaint on November 12, 2024.

    3.    Accordingly, the deadline for Sunshine to file a reply or response to the Complaint is December 3, 2024.

    4.    On Monday, December 2, 2024, Sunshine retained the undersigned counsel who require additional time to conduct due diligence and adequately file a reply or response to the allegations of the Complaint.

5. Consequently, that same day, the undersigned contacted Plaintiff's counsel and inquired as to whether Plaintiff's counsel objects to an enlargement of time for Sunshine to file a reply or response to the Complaint, ending on or before Tuesday, December 17, 2024.

6. Counsel for Plaintiff does not object to this Motion.

7. This Motion is sought in good faith and not for the purpose of delay, and Plaintiff will not be prejudiced by the requested enlargement of time.

8. For the foregoing reasons, Sunshine respectfully requests an enlargement of time to file a reply or response to the Complaint, ending on or before December 17, 2024.

WHEREFORE Defendant requests that the Court (i) enter an Order granting Defendant an enlargement of time, ending on or before December 17, 2024, in which to file its reply or response to the Complaint; and (ii) provide for such other and further relief as it deems necessary and proper.

### Local Rule 7.1(a)(3) Certification

I hereby certify that counsel for the movant has conferred with counsel for Plaintiff, who does not oppose the requested enlargement of time.

_____
Attorney

**JIMERSON BIRR, P.A.**

By: _____
Brandon C. Meadows
Florida Bar No. 114246
bmeadows@jimersonfirm.com
Ty D. Robare
Florida Bar No. 1054101
trobare@jimersonfirm.com
One Independent Drive, Suite 1400
Jacksonville, FL 32202
Telephone: (904) 389-0050
Facsimile: (904) 212-1269
dorothyo@jimersonfirm.com
*Attorneys for Sunshine*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was electronically filed with the U.S. District Court on this 3rd day of December, 2024, via CM/ECF and was served this day on all counsel and all parties entitled to notice on the Service List below:

**KAUFMAN P.A.**
Avi R. Kaufman, Esq.
Florida Bar No. 84382
kaufman@kaufmanpa.copm
rachel@kaufmanpa.com
237 South Dixie Highway, 4th Floor
Coral Gables, Florida 33133
Telephone: (305) 469-5881
*Counsel for Plaintiff*

_____
Attorney